CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 15 2009

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| CHAD S. FISHER, | |
| Petitioner, | Case No. 7:08CV00569 |
| v. | **FINAL ORDER** |
| | By: Glen E. Conrad |
| TERRY O'BRIEN, WARDEN, | United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and this action is stricken from the active docket of the court.

ENTER: This 14th day of May, 2009.

/s/ Glen E. Conrad
United States District Judge